**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 31, 2022

**BY ECF**
Honorable Judge Ronnie Abrams
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   **United States v. Irving Cartagena, et al.
       22 Cr. 92 (RA)**

Dear Judge Abrams,

    With the consent of the government and all defense counsel, I write on behalf of Mr. Hector Robles to request a 60-day adjounemt of the status conference, currently scheduled for June 10, 2022. I will be out of the office on leave through June 17. Moreover, defense counsel need additional time to review discovery, prepare mitigation, and discuss pretrial resolutions with the government.

    As mentioned, the Government does not oppose a 60-day adjournment. The government requests the exclusion of time under the Speedy Trial Act. Mr. Robles constents to the exclusion of time until the next pretrial conference.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender of New York

cc:   Micah Fergenson (ECF).

---

Application granted. The conference scheduled for June 10, 2022 is rescheduled to August 12, 2022 at 11:30 a.m. Time is excluded until August 12, 2022, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 1, 2022