# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 27, 2023

**BY ECF**
The Honorable Judge Ronnie Abrams
United States District Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

*[signature]*

Ronnie Abrams, U.S.D.J.
September 27, 2023

Re: **United States v. Hector Robles**
**22 CR. 92 (RA)**

Dear Judge Abrams:

With the consent of the Government, I respectfully write to request a brief extension of the defense sentencing submission deadline to September 29. I have been out sick for the past two days and need additional time to complete Mr. Robles's sentencing memorandum. If granted, the defense's sentencing submission would be due on September 29 and the Government's submission deadline would be October 6.

As noted above, the Government consents to this request.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
(917) 612-2753 (c)

cc: AUSA David Robles (by ECF).

So Ordered:

_____
**HONORABLE RONNIE ABRAMS**
**UNITED STATES DISTRICT JUDGE**