UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 22-CR-92 (RA) |
| HECTOR ROBLES, | ORDER |
| Defendant. | |

RONNIE ABRAMS, District Judge:

On October 20, 2023, Hector Robles was sentenced principally to a term of imprisonment of 60 months. By later dated May 28, 2024, Mr. Robles filed a motion requesting that this Court grant him a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline amendment which went into effect on November 1, 2023 and applies retroactively. The United States Probation Department has issued a report stating its position that the defendant is precluded from receiving a sentence reduction because the original sentence was at or below the low end of the amended Guidelines range. The Court has considered Mr. Robles' submission and the record in this case.

It is hereby ORDERED that Mr. Robles' motion is denied. The Court agrees with the Probation Department that he is precluded from receiving a sentence reduction because his original sentence is at or below the reduced Guidelines range. *See* 18 U.S.C. § 3582(c)(2); U.S.S.G. § 1B1.10(b)(2)(A). The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Robles.

SO ORDERED.

_____
Ronnie Abrams
United States District Judge

Dated: July 1, 2024
    New York, New York